Case 2:21-cv-00469-JMS-DLP   Document 1   Filed 12/27/21   Page 1 of 6 PageID #: 1

FILED
12/27/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Indiana

(Full name of plaintiff(s))

Paul Bunton

vs

(Full name of defendant(s))

FCI Terre Haute

Case Number:

2:21-cv-00469-JMS-DLP

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of Indiana, and is located at
   (State)

   FCI Terre Haute 4200 Bureau Rd North Terre Haute, In 47808
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant FCI Terre Haute
   (Name)

Complaint - 1

is (if a person or private corporation) a citizen of **Indiana**
(State, if known)

and (if a person) resides at **4200 Bureau Rd North Terre Haute, In 47808**
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **Lt. Sherman + Warden Lammer 4200 Bureau Rd North Terre Haute, In 47808**
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The plaintiff Paul Burton is an inmate at "FCI Terre Haute" in Terre Haute Indiana. On Aug 25 2021 in J-unit inmates in the South car ran up on me and threatened to jump me and stab me. I immediately told my case manager Ms. Dominick. I was told to go to the Lieutinants office and let the know my life was in danger because I cooperated with the government and law enforcement. I have a SK1.1 motion on my jacket sheet and when I did my intake when I first got here they know about it. So the Lt took me to the SHU and told me S.I.S would do an Investergation for 30 days. On Sept 26 2021 Lt Wiley told me my case

Complaint - 2

was closed and I would be kicked back out to the compound. Sept 30 Ms. Dominick came in told me that the guys in the "South car" said it wasn't safe for me to come out and she would e-mail S.I.S Lt. Sherman and let him know. Oct 6 round 8am-9:30am I told Lt. Sherman what Ms. Dominick said and he replied back "I don't give a fuck im still kicking you out, if something happens oh well. They just ignored my life being in danger. On Oct 8 I was kicked out of the SHU. When I was back on the compound I was still having a hard time with the inmates. I reported to Ms. Dominick every thing that was going on. So on Nov 2 2021 I came back to the SHU cause I was still getting death threats to be stab. When I got to the lieutinants office they had a piece of paper some inmate wrote telling them "To get me off the compound before they have my blood on their hands". I had to fill out an pc packet and they verified me as a pc cause of that note and my SKI.1 motion for me working with the government and law enforcement. Today on 12-21-21 I got order out again to the compound and the know my

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
   OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

If I win my lawsuit I to much aint worried about the money I just want to be some where I know im safe and can do my time and dont have to worry about an inmate trying to hurt me. So im asking the courts to please transfer me to another yard I have file a motion for emergency transfer to the Western District of Kentucky because that were im from but was denied cause I sent it to the wrong jurisdiction. They was suppose to forward my motion to Southern District of Indiana, I sent a follow up letter to them as well.

E.  JURY DEMAND

☑ Jury Demand – I want a jury to hear my case
OR

☐ Court Trial – I want a judge to hear my case

Dated this __12__ day of __21__ 20__21__.

Respectfully Submitted,

_Paul Burks_
Signature of Plaintiff

_19666-033_
Plaintiff's Prisoner ID Number

_FCI Terre Haute, 4200 Bureau Rd North_
_Terre Haute, In 47808_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

my situation. They just ignoring that I can't work this yard and i should be transfer to a non-active yard. They going against my 8th Amendment keeping me in the SHU giving me write ups and taking away my good time so its pushing my release date back. They also going against the Victim and witness protection act, Constitutional Right of Prisoners, Prison Litigation Reform Act, and Constitutionally Protected right. They failing to protect me and not giving me no type of remedy for my safety. I also have two witness for the Oct 6 [Melero Hugo and Camrone Jones] heard Lt. Sherman say them things to me. I have filed all my Administrative Remedies. I got copys of all of them if i need to send them in as well. This prison has a history of violence and assaults on inmates who cooperated. I also wrote the Director of BOP, Grand Prairie, Texas, and my Judge asking to be transfer for my safety. I have a few case logs some what like my situation. 18 U.S.C § 3621(b), C.F.R § 524.70, C.F.R § 524.73(b), Micheal T Hayes v. Corporation of America. case no. 1:09-cv-00122 J-BLW, Victor Musso v. Robert Glote case no: 87-C-6764, Howland v. Kilquist 833 F.2d 639, Hamilton v. Leavy 117 F.3d 742, Hutchinson v. McCabee 166 F.supp 2d 101,163 (S.D.N.Y 2001)

I just want to do my time and make it home to my kids and family safe and on time.