UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| PAUL BUNTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:21-cv-00469-JMS-DLP ) |
| FCI TERRE HAUTE, | ) ) |
| Defendant. | ) |

**Final Judgment**

The Court now enters FINAL JUDGMENT. This action is dismissed without prejudice.

Date: 8/11/2022

Roger A. G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

PAUL BUNTON
19866-033
RRM NASHVILLE
RESIDENTIAL REENTRY OFFICE
Inmate Mail/Parcels
701 BROADWAY STREET
NASHVILLE, TN 37203